**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00452-CR
## No. 05-22-00453-CR

**DARIUS GRANT WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-81772-2021 & 416-81774-2021**

## ORDER

Before the Court is appellant's November 9, 2022 motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/     ERIN A. NOWELL
         JUSTICE